UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                )
                                      )
KHAWAJA MANSOOR                       )        BANKRUPTCY NO.: 08-03794
                                      )
Debtor                                )

**NOTICE OF DEPOSIT OF LESS THAN $5.00**
**TO UNITED STATES BANKRUPTCY COURT**
**CLERK'S REGISTRY CHECKING ACCOUNT**

Comes now Daniel L. Freeland, Trustee and applies to the Court as follows:

1.  I am the Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each:

Creditor: American Infosource
Claim No.: 10
Amount of Distribution: $3.96

3.  Pursuant to FRBP 3010 the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4.  Trustee believes it appropriate that the sum(s) set forth in paragraph 2 to paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

Dated: May 25, 2010

　　/s/ Daniel L. Freeland　　　　　　
Daniel L. Freeland, Trustee
9105 Indianapolis Blvd.
Highland, IN 46322
Telephone: (219) 922-0800

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2010, a true and complete copy of the  above document was served by:

Electronic Notice on: United States Trustee
and by regular first class mail upon:
American Infosource, PO Box 248848, Oklahoma City, OK 73124-8848

/s/ Daniel L. Freeland　　　　　　　　
Daniel L. Freeland, Trustee